IN THE MATTER OF THE ESTATE OF CHARLES
BENJAMIN KNOX, DECEASED.
PHYLLIS LUCILLE VILLALON, APPELLANT, *v.*
RENWICK THOMPSON, RESPONDENT.

No. 3777

August 6, 1954.                    273 P.2d 417.

*McCarran, Rice, Wedge and Blakey,* of Reno, for
Appellant.

*John S. Sinai, John W. Coulman,* and *David P. Sinai,*
of Reno, for Respondent.

## OPINION

*Per Curiam:*

This is an appeal by Phyllis Lucille Villalon from an
order of the probate court admitting to probate the will
of .Charles Benjamin Knox and appointing respondent
Renwick Thompson executor thereof.

The proceeding is a companion to the case of Villalon
v. Bowen, No. 3778, the opinion in which has been
handed down this day. The identical facts and princi-
ples of law concededly being involved in the two matters
and the two having been consolidated for trial below,
the decision in that case is determinative of the issues
here involved.

Affirmed with costs.